THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**MADELEINE A. KNUTSON**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Phone: (212) 356-2445
E-mail: mknutson@law.nyc.gov
*Email not for service*

November 18, 2025

**By ECF**

Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Toussaint et al. v. Healthcare Association of New York State, Inc., et al.
24-cv-07573-RPK-LKE

Dear Judge Kovner:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for Defendants Health and Hospitals/Bellevue and Health and Hospitals/Woodhull (together, "H+H"), in the above-referenced action.

I write, jointly on behalf of all Defendants, to respectfully request an extension of time for Defendants to respond to Plaintiffs' motion for leave to file a motion for summary judgment, from November 20, 2025, to November 26, 2025. Defendants require additional time to coordinate a consolidated response and to allow sufficient time for client review. This is Defendants' first request for an extension of time to respond to Plaintiffs' motion for leave to file a motion for summary judgment and Plaintiffs' counsel consents to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Madeleine A. Knutson

Madeleine A. Knutson, Esq.
Assistant Corporation Counsel

cc: All counsel (By ECF)